| | |
|---|---|
| U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | INDEX #: 1:23-CV-03881-NRM-TAM<br>DATE FILED: 05/25/2023<br>COURT DATE:<br>Job #: 578662<br>Your File No:OLIVIERI |

SURINDER SINGH

*Plaintiff*

vs

BARNEY'S SERVICE STATION INC. and ANTHONY PANVINI

*Defendant*

CLIENT'S FILE NO.: OLIVIERI

STATE OF NEW YORK: COUNTY OF NASSAU ss:

**AFFIDAVIT OF SERVICE**

I, Ricardo Curo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 6/8/2023 at 1:27 PM at
200-05 HORACE HARDING BLVD, BAYSIDE, NY 11364

Deponent served the within SUMMONS AND COMPLAINT IN AN FSLA ACTION, CIVIL COVER SHEET on ANTHONY PANVINI recipient therein named.
THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 05/25/2023

By personally delivering to and leaving with said ANTHONY PANVINI a true copy thereof and that he knew the person so served to be the person mentioned and described in said SUMMONS AND COMPLAINT IN AN FSLA ACTION, CIVIL COVER SHEET

A description of the recipient or other person served on behalf of the recipient is as follows.
**Approx Age**: 51-65, **Approx Weight**: 161-200 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Male, **Approx Skin**: White, **Approx Hair**: Black, **Other**:

Deponent spoke to and confirmed the above address of the defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone the military and receved a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the state or federal statutes.

Sworn to before me on 6/13/2023
Leta Evanthes 01EV6205373
Notary Public, State of New York
Qualified in Nassau County
Commission Expires May 11, 2025



Ricardo Curo
2034227

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SURINDER SINGH,   Civil Action No: 1:23-CV- 03881

        Plaintiff,

  -against-

BARNEY'S SERVICE STATION, INC., and ANTHONY PANVINI,

        Defendants.

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT
### ANTHONY PANVINI

**Law Office of Daniel R. Olivieri, P.C.**
**Attorneys for Plaintiff SURINDER SINGH**
**487 Jericho Turnpike**
**Syosset, New York 11791**
**(516) 470-0704**