**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

INDEX #: 1:23-CV-03881-NRM-TAM
DATE FILED: 05/25/2023
COURT DATE:
Job #: 578661
Your File No:OLIVIERI

SURINDER SINGH

*Plaintiff*

vs

BARNEY'S SERVICE STATION INC. and ANTHONY PANVINI

*Defendant*

CLIENT'S FILE NO.: OLIVIERI

STATE OF NEW YORK: COUNTY OF NASSAU    **ss**:

**AFFIDAVIT OF SERVICE**

I, Ricardo Curo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 06/08/2023 at 1:27 PM at 200-05 HORACE HARDING BLVD, BAYSIDE, NY 11364, deponent served the within SUMMONS AND COMPLAINT IN AN FSLA ACTION, CIVIL COVER SHEET by personally delivering to and leaving with ANTHONY PANVINI for BARNEY'S SERVICE STATION INC. , a true copy thereof, and that deponent knew the person so served to be the MANAGING AGENT/ and stated (s)he was authorized to accept legal papers for the defendant/recipeint herein.

THE ABOVE PAPERS WERE ENDORSED WITH THE INDEX # AND DATE OF FILING 05/25/2023

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51-65, **Approx Weight**: 161-200 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Sex**: Male, **Approx Skin**: White, **Approx Hair**: Black, **Other**:

Sworn to before me on 6/13/2023
Leta Evanthes 01EV6205373
Notary Public, State of New York
Qualified in Nassau County
Commission Expires May 11, 2025

Ricardo Curo
2034227

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

=======================================================================

SURINDER SINGH,                                    Civil Action No: 1:23-CV- 03881

                Plaintiff,

      -against-

BARNEY'S SERVICE STATION, INC., and ANTHONY
PANVINI,

                Defendants.

=======================================================================

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**
**BARNEY'S SERVICE STATION INC.**

=======================================================================

**Law Office of Daniel R. Olivieri, P.C.**
**Attorneys for Plaintiff SURINDER SINGH**
**487 Jericho Turnpike**
**Syosset, New York 11791**
**(516) 470-0704**