AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| SURINDER SINGH | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-03881 (NRM)(TAM) |
| BARNEY'S SERVICE STATION, INC, ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BARNEY'S SERVICE STATION, INC. AND ANTHONY PANVINI

Date:   06/28/2023

*Attorney's signature*

Paul J. Felicione (PF-7795)
*Printed name and bar number*
Pinkhasov & Associates. PLLC
626 RXR Plaza
Uniondale, NY 11556

*Address*

pjfesqny@gmail.com
*E-mail address*

(212) 960-8464
*Telephone number*

(212) 202-6464
*FAX number*