

# Pinkhasov & Associates, PLLC
## Attorneys and Counselors at Law

June 28, 2023

Hon. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re: Singh v. Barney's Service Station, Inc., et al
            Docket # 1:23-cv-03881 (NRM)(TAM)

Hon. Magistrate Judge Taryn A. Merkl:

  This office represents defendants Barney's Service Station, Inc. and Anthony Panvini in the above matter. The defendants' answer is due tomorrow, June 29, 2023. The parties have been negotiating in good faith in an attempt to resolve this matter. We are respectfully requesting an extension of time to file an answer up to and including August 1, 2023. I have contacted the attorney for Plaintiff, Daniel R. Olivieri, Esq., and he consents to the extension.

  I thank you for your consideration in this matter.

                   Very truly yours,

                   Paul J. Felicione, Esq.

Cc:
Daniel R. Olivieri, Esq.
(By ECF)

260 Madison Ave | 8th Floor | New York, NY 10016

Please direct all mail correspondence to Uniondale office
626 RXR Plaza | Uniondale, NY 11556

T. 212.960.8464 | F. 212.202.6464 | www.pinkhlaw.com | info@pinkhlaw.com