

# Pinkhasov & Associates, PLLC
## Attorneys and Counselors at Law

July 20, 2023

Hon. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Singh v. Barney's Service Station, Inc. et al
1:23-cv-03881 (NRM)(TAM)

Hon. Magistrate Judge Taryn A. Merkl:

This office represents defendants Barney's Service Station, Inc. and Anthony Panvini in the above matter. This Court previously granted the defendants an extension of time to answer up to and including August 1, 2023. The parties are attempting to resolve this matter which requires the review of extensive records. We are hopeful that we will be able to resolve this matter soon. We are respectfully requesting an extension of time to answer up to and including September 1, 2023. I have contacted the plaintiff's attorney, Daniel R. Olivieri, Esq., who consents to this application.

I thank you for your consideration in this matter.

Very truly yours,

Paul Felicione, Esq. (PF-7795)

Cc: Daniel R. Olivieri, Esq.
   (By ECF)