

# Pinkhasov & Associates, PLLC
## Attorneys and Counselors at Law

August 29, 2023

Hon. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           Re: Singh v. Barney's Service Station, Inc. et al
           1:23-cv-03881 (NRM)(TAM)

Hon. Magistrate Judge Taryn A. Merkl:

  This office represents defendants Barney's Service Station, Inc. and Anthony Panvini in the above matter. This Court previously granted the defendants an extension of time to answer up to and including September 1, 2023. The parties have reached a settlement in this matter and are in the process of finalizing the settlement agreement. We are hopeful that this will soon be accomplished. We are respectfully requesting an extension of time to answer up to and including October 2, 2023. I have contacted the plaintiff's attorney, Daniel R. Olivieri, Esq., who consents to this application.

  I thank you for your consideration in this matter.

                 Very truly yours,

                 Paul Felicione, Esq. (PF-7795)

Cc: Daniel R. Olivieri, Esq.
  (By ECF)

260 Madison Ave | 8th Floor | New York, NY 10016

Please direct all mail correspondence to Uniondale office
626 RXR Plaza | Uniondale, NY 11556

T. 212.960.8464 | F. 212.202.6464 | www.pinkhlaw.com | info@pinkhlaw.com