# LAW OFFICE OF DANIEL R. OLIVIERI, P.C.
**A PROFESSIONAL CORPORATION OF ATTORNEYS AND COUNSELORS AT LAW**
**487 JERICHO TURNPIKE**
**SYOSSET, NEW YORK 11791**

<u>**DANIEL R. OLIVIERI**</u>

CLAUDEL JEAN-PIERRE
LEGAL ASSISTANT
E-MAIL: CJEANPIERRE@OLIVIERILAW.COM

TELEPHONE (516) 470-0704
FACSIMILE  (516) 931-8101
(NOT FOR SERVICE PURPOSES)
E-MAIL: dolivieri@olivierilaw.com

December 8, 2023

Hon. Taryn A. Merkl, USDC Magistrate Judge
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Singh v. Barney's Service Station, Inc. et al
> 1:23-cv-03881-NRM-TAM
> Request for extension of time to January 8, 2024 from December 11, 2023

Dear Magistrate Judge Merkl:

Please be advised the above-named firm represents the Plaintiff in the above named Action. I am requesting an extension of time to file a proper settlement agreement with the Court. Given the nature of what still has to be done I do not want to waste the Court's time on filing something that is not sufficient. I have spoken with Defendant's counsel Paul J. Felicione, Esq. and he concurs that more work needs to be done before a submission is made. I apologize for not being able to submit the proposed agreement at this time.

Unfortunately, my secretary who had back surgery had to have IV antibiotics for a number of days and will now be out for an extended period of time requiring me to hire a new secretary. While I have hired a new person, he will not be able to start till after the first of the year. As a solo practitioner, the  absence of my secretary puts me in an untenable position of meeting all my obligations.

It is respectfully requested that the submission of the proposed settlement agreement be extended to January 8, 2024. This is the second request for an extension and will be the last one.

Thank you for your time and consideration.

Very truly yours,

Daniel R. Olivieri, Esq.

cc. Paul J. Felicione, Esq.
       Attorney for Defendants.